UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES WALKER, Warden,<br><br>　　　　　Respondent. | Case No. CV 05-2992 JFW(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

///

///

IT IS HEREBY ORDERED that: (1) petitioner's renewed request to reconsider the prior Magistrate Judge's denial of his motion to amend the Petition is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/24/08

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE