UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RODRIGUEZ,<br><br>   Petitioner,<br><br>  v.<br><br>JAMES WALKER, Warden,<br><br>   Respondent. | Case No. CV 05-2992 JFW(JC)<br><br><br>JUDGMENT |

  Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 10/24/08

_[signature]_

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE